1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| BRIAN THOMAS RUFF, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-00988-WHO |
| | **[PROPOSED] ORDER** |
| Plaintiff, | Action Filed:  December 21, 2021 |
| | Trial Date: None Set |
| vs. | |
| | |
| WILSON LOGISTICS, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

### [~~PROPOSED~~] ORDER

2    Following the submission of the Parties' Joint Stipulation and Proposed Order, the

3  Court hereby ORDERS as follows:

4    The Hearing Date of Defendant Wilson Logistics, Inc.'s Motion to Transfer shall

5  be continued from April 6, 2022, to April 27, 2022, at 2:00 PM, so that it may be heard by

6  this Court simultaneously with Plaintiff Brian Thomas Wilson's anticipated Motion to

7  Remand action to the Alameda County Superior Court.

8    IT IS SO ORDERED.

9

10   Dated:_March 23, 2022          By: _____

11                                   HONORABLE WILLIAM H. ORRICK III
                                     JUDGE OF THE DISTRICT COURT
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28