# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Thomas Ruff, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>          v.<br><br>Wilson Logistics, Inc.; and Does 1 through 10,<br><br>      Defendants. | Case No. 3:22-cv-00988-WHO<br><br>**CLASS ACTION**<br><br>**[~~PROPOSED~~] ORDER TO DISMISS PLAINTIFF BRIAN THOMAS RUFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND THE REMAINING CLASS CLAIMS WITHOUT PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**<br><br>Judge: Hon. William H. Orrick<br><br>Complaint filed: December 21, 2021<br>Trial Date: None Set |

**[~~PROPOSED~~] ORDER**

1

**[~~PROPOSED~~] ORDER**

2

     The court is aware of the class action settlement entered in the California Superior

3

Court for Alameda County in Case No. 22-cv-008614.  In light of that, **IT IS HEREBY**

4

**ORDERED THAT:**

5

     (1)     Pursuant to Federal Rules of Civil Procedure, Rule 41(a), the individual

6

claims of Plaintiff Brian Thomas Ruff against Defendant Wilson Logistics, Inc. asserted in

7

this action are dismissed with prejudice.

8

     (2)     Pursuant to Rule 41(a), the remaining class claims in this Action shall be and

9

hereby are dismissed **without prejudice**.

10

11

     **IT IS SO ORDERED.**

12

DATE: January 18, 2024

13

                    Hon. William H. Orrick

14

                  United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**